# EXHIBIT 2



খঘ ২২১৩৯৩৩

In The Supreme Court of Bangladesh
High Court Division
(Admiralty Jurisdiction)
Admiralty Suit No. 7 of 2021

Sanita Ceramics Tiles Unit Pvt. Ltd., Nilphamari

Plaintiff

Versus

No.1 M.V. Sea Topaz IMO 9557240, No.2 is the ships master Mr.Yongbok Pak and no.5 is the ship owners HR Topaz S.A., 19th Floor, Banco General Tower, Aquilino De La Guardia Street, Marbella, Panama City, Republic of Panama.

Defendants.

To,
The Registrar General
Supreme Court of Bangladesh
Dhaka.

Bank Guarantee no. 02811002449
Dated: 18.04.2021

This Bank Guarantee executed by Bank Asia Limited, Bangladesh (hereinafter referred to as the Guarantor Bank)

Witnesseth:

Whereas the plaintiff, Sanita Ceramics Tiles Unit Pvt. Ltd., Nilphamari has filed the above-noted suit in this Hon'ble High Court Division under Admiralty Jurisdiction against M.V. Sea Topaz and others at Mongla Port and others as defendants on 15.02.2021 for a Decree for an amount of Tk.25,47,18,728.50 Equivalent to about USD 2,996,690.92 for recovery of losses and damages.

*Received by Mr. Mohammad Billal Hossain on 18.4.2021 at 1.06 P.M.*

Partha Kumar Saha
Assistant Vice President
Bank Asia Limited
Mohakhali Branch
82, Mohakhali C/A, Dhaka-1212
B. A. No. 100

Suraiya Afroz
VP & Head of Branch
Bank Asia Limited
Mohakhali Branch, Dhaka.

"দেশপ্রেমের শপথ নিন দুর্নীতিকে বিদায় দিন" Page 1 of 3

Scanned with CamScanner



খদ  ২২১৩৯৩৪

Page No: 02

And whereas the Hon'ble High Court Division under Admiralty Jurisdiction on 15.2.2021 was pleased to order in the above suit for arrest of M.V. Sea Topaz and detention of the same unless sufficient and proper security is furnished on behalf of the Defendants.

And whereas the defendant no.1, 2 and 5 filed application for reduction of the security amount for release of the Vessel M.V. Sea Topaz and upon hearing the parties this Hon'ble Court Vide Order dated 11. April 2021 ordered that on a Bank Guarantee being furnished by the defendant no.1, 2 and 5 for an amount of Tk.5,00,00,000 equivalent to USD 589,623.00 the Vessel M.V. Sea Topaz may be released from arrest.

And whereas without prejudice to all defences available to M.V. Sea topaz and her owners i.e. the defendant no.1, 2 and 5 and their rights to file and raise all legal and factual objections to the claim of the plaintiff in the suit as well as application for arrest of the vessel and also the provisions of security and to minimise further losses, the vessel M.V. Sea Topaz and her owners i.e. The defendant no.1, 2 and 5 agree to furnish security by way of Bank Guarantee in this Hon'ble Court for Tk.5,00,00,000 only for release of the vessel M.V. Sea Topaz from arrest in the above suit.

Now, therefore, the Guarantor Bank stands surety for the vessel M.V. Sea Topaz and undertakes to deposit in this Hon'ble Court a sum of Tk.5,00,00,000 only or lesser amount whenever called upon to do so by this Hon'ble court in the event a Decree is passed against the vessel M.V. Sea Topaz and her owners i.e. the defendant no.1, 2 and 5 or the claim is settled amicably between the parties.

Partha Kumar Saha
Assistant Vice President
Bank Asia Limited
Mohakhali Branch
82, Mohakhali C/A, Dhaka-1212
P. A. No. 506

Suraiya Afroz
VP & Head of Branch
Bank Asia Limited
Mohakhali Branch, Dhaka

"দেশপ্রেমের শপথ নিন, দুর্নীতিকে বিদায় দিন"    Page 2 of 3

Scanned with CamScanner



খঘ ২২১৩৯৩৫

Page No: 03

In witness whereof we, Bank Asia Limited, Bangladesh as the Guarantor Bank, do hereby execute this Bank Guarantee on this 18th day of April, 2021 which is to remain in force till the said Admiralty Suit and other proceedings in connection therewith is disposed of or for 3 (three) years from the date hereof whichever date is earlier and shall be automatically renewed if the Admiralty Suit and other proceedings in connection therewith is not disposed of before the day of 17th April, 2024 or for further period or periods of twelve months each till the said Admiralty Suit and other proceedings in connection therewith is disposed of.

Notwithstanding anything contained hereinbefore, our liability under this Guarantee is restricted to Tk.5,00,00,000 only and shall remain in force until the Admiralty Suit and other proceedings in connection therewith is disposed of or for 3 (three) years from the date hereof whichever date is earlier.

Unless the claim in writing is presented to us within ninety (90) days of the disposal of the Admiralty Suit and other proceedings in connection therewith all rights under this Bank Guarantee shall be forfeited and we shall be released and discharged from all liabilities thereunder whether or not this Bank guarantee is surrendered or returned to us.

**For and on behalf of Bank Asia Limited**
Mohakhali Branch, Dhaka

Authorised Signature
Partha Kumar Saha
Assistant Vice President
Bank Asia Limited
Mohakhali Branch
82, Mohakhali C/A, Dhaka-1212
P. A. No. 506

Authorised Signature
Suraiya Afroz
VP & Head of Branch
Bank Asia Limited
Mohakhali Branch, Dhaka

"দেশপ্রেমের শপথ নিন, দুর্নীতিকে বিদায় দিন"   Page 3 of 3

Scanned with CamScanner