# EXHIBIT 4

# HANARO SHIPPING CO., LTD.

ADD. : 12F, KWANJEONG-BLDG, 35 CHEONGGYECHEON-RO, JONGRO-GU, SEOUL 110-790, KOREA
TEL : +82-2-735-1504  FAX : +82-2-735-5420

## STATEMENT OF ACCOUNT

| Messrs | : Metro Ocean Limited | | Date | : 23rd Apr., 2021 |
|---|---|---|---|---|
| | via Howe Robinson | | Invoice No. | : STO-V2016-F |

Subject   : MV. Sea Topaz - final hire invoice

| Delivery | 2020-12-24 16:01 | GMT DLOSP | Cebu | LSFO | 430.320 mt | LSMGO | 39.684 mt |
| Redelivery | 2021-04-23 08:24 | GMT DLOSP | Mongla | LSFO | 130.930 mt | LSMGO | 27.700 mt |
| | 119.6826 days | | C/P Bunker price | LSFO | $547.00 | LSMGO | $530.00 |

| Description | DR | CR |
|---|---|---|
| 1. Hire    $8,200.00    119.682639 days | $981,397.64 | |
| 2. ADCOM                              3.75% | | $36,802.41 |
|  -Brokerage to Howe Robinson           1.25% | | $12,267.47 |
| 3. C/E/V                              $1,200.00 | $4,787.31 | |
| 4. Bunkers on delivery | | |
|   LSFO    430.320 mt  x  $547.00 | $235,385.04 | |
|   LSMGO    39.684 mt  x  $530.00 | $21,032.52 | |
|   Bunkers on redelivery | | |
|   LSFO    130.930 mt  x  $547.00 | | $71,618.71 |
|   LSMGO    27.700 mt  x  $530.00 | | $14,681.00 |
| 5. ILOHC | $3,500.00 | |
| 6. Additional port charge at Mongla paid by owners | $49,894.00 | |
| 7. Compensation for bottom fouling at Mongla | $35,000.00 | |
| 8. Off-hire during arrest at Mongla | | |
|   from 0930GMT 19th Feb to 0325GMT 23rd Apr 2021 | | |
| - Hire    $8,200.00    62.746528 days | ($514,521.53) | |
| - ADCOM                              3.75% | | ($19,294.56) |
| - Brokerage to Howe Robinson           1.25% | | ($6,431.52) |
| - C/E/V                              $1,200.00 | ($2,509.86) | |
|   LSFO    238.437 mt  x  $547.00 | ($130,424.93) | |
|   LSMGO    6.275 mt  x  $530.00 | ($3,325.57) | |
| | | |
| * Charterers' Remittance | | |
|   - 1st Hire (04th January, 2021) | | $156,600.00 |
|   - 2nd Hire (14th January, 2021) | | $93,960.00 |
| | $680,214.62 | $360,203.51 |
| **Balance due to Owners** | **$0.00** | **$320,011.11** |
| | $680,214.62 | $680,214.62 |

Remit to :
Beneficiary : HANARO SHIPPING CO LTD.
Bank Address : 14 EUNHAENG-RO, YOUNGDEUNGPO-GU, SEOUL, KOREA
Beneficiary's Bank Name : THE KOREA DEVELOPMENT BANK HEADQUARTERS BRANCH
Swift Code : KODBKRSEXXX
Correspondent Bank : JP MORGAN CHASE BANK N.A, NEW YORK
Swift Code : CHASUS33
Account Number : 093 – 1700 – 8536 - 455 (USD)

