# EXHIBIT 5

GLOBAL SHIPPING MANAGEMENT INC

**INVOICE–DETENTION AT MONGLA -** MV SEA TOPAZ – C/P DD 22ND DEC. 2020

**TO   : MOZAHEDUL ISLAM FAROQUE-CHAIRMAN**

**SANITA CERAMICS (TILES UNIT) PVT. LTD**

RAMGONJ ROAD, TUPAMARI, NILPHAMARI

**SANITA CERAMICS PVT. LTD**

NEW BAHU PARA, NILPHAMARI, BANGLADESH

CC   :   **PT. JAYEON SEJAHTERA**

WISMA GKBI,39/F, JL JENDRAL SUDIRMAN 28, JAKRTA,INDONESIA

**FM   :   GLOBAL SHIPPING MANAGEMENT INC**

**AS AGENT FOR DISPONENT OWNERS METRO OCEAN LIMITED**

DATE:   17TH FEB. 2021                         INVOICE NO.:   GSMO-210217-1

DETENTION CHARGE AT MONGLA PORT:

1800LT 30TH JAN. − 1800LT 17TH FEB. 2021 TTL 18 DAYS X USD 11000.00=**USD 198000.00**

KINDLY PLEASE REMIT THE SAID AMOUNT IN **USD 198000.00**   NET TO THE FOLLOWING

OWNERS NOMINATED BANK ACCOUNT:

BENEFICIARY NAME:   METRO OCEAN LIMITED

BENEFICIARY ADDR: FLAT A 12F,KIU FU COMM'L BLDG,300 LOCKHART RD,WAN CHAI,HK

ABA ROUTING NUMBER:   031100209

USD ACCOUNT NUMBER:   ███████████

SWIFT (BIC):   CITIUS33

BANK NAME:   CITIBANK

BANK ADDRESS:   111 WALL STREET. NEW YORK, NY 10005, USA



GLOBAL SHIPPING MANAGEMENT INC–AS AGENT FOR DISPONENT OWNERS

METRO OCEAN LIMITED

306 VICTORIA HOUSE, VICTORIA, MAHE, SEYCHELLES