

| | Peter S. Gordon* | Phillip A. Giordano |
|---|---|---|
| | Thomas Mammarella | Mark P. Gordon* |
| | Emmanuel G. Fournaris* | Patrick J. Rohrbach |
| | Michael M. Gordon‡ | Danielle R. Dell |
| | Bryan E. Keenan* | Christopher P. Clemson |
| | William M. Kelleher* | Constantine E. Fournaris* |
| | Neil R. Lapinski † | |
| | Norris P. Wright | |
| | Daniel F. Hayward | Special Counsel |
| | Charles P. O'Brien | Grover C. Brown |
| | Robert V.A. Harra III | E. Norman Veasey |
| | Kimberly Gill McKinnon | |
| | Shannon L. Post*+ | |
| | Joseph Bosik IV | |

May 20, 2021

**VIA CM/ECF HAND DELIVERY**
John A. Cerino
Clerk of the Court
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 18
Wilmington, DE 19801

        ***Re:***    ***Hanaro Shipping, Co., Ltd.. v. Metro Ocean Limited***
               ***1:21-cv-00711-UNA***

Dear Mr. Cerino:

      We are counsel to the Plaintiff, Hanaro Shipping, Co., Ltd. ("Hanaro") in this action commenced pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure  (Supplemental Admiralty Rule B"). This action was commenced on May 19, 2021. The purpose of this letter is to request that the Court assign this matter to an individual judge on an expedited basis.

      Part of the relief Hanaro seeks is *ex parte* issuance of process of maritime attachment and garnishment pursuant to Supplemental Admiralty Rule B, authorizing the attachment of the Defendants tangible and intangible property within the District of Delaware. Plaintiff has information that a debt or other intangible property of the Defendant is or will imminently be within the District in the hands of one or more non-party garnishees. A delay in the presentation to an individual judge of Plaintiff's application for issuance of an order authorizing the Clerk of the Court to issue process of maritime attachment and garnishment would create a real risk that the Defendant's property may be removed from the District before Plaintiff is afforded the opportunity to serve the process of attachment on the non-party garnishees. In addition, now that the case has been filed and is available to the general public on the Court's docket, a delay would create the additional risk of other creditors of the Defendant seeking to file similar actions

John A. Cerino
May 20, 2021
Page 2

against the Defendant's property in the District, thus creating the potential of a race to serve process notwithstanding the fact that Hanaro's action would have been the first filed action.

          Respectfully,

          */s/ Phillip A. Giordano*
          Phillip A. Giordano, Esq. (DSB #5756)

PAG/amp
Enclosure: (Proposed) Order Expediting Case